

# Velva L. Price

District Clerk, Travis County

Travis County Courthouse Complex

P. O. Box 679003

Austin, Texas 78767-9003

**RECEIPT AND EXECUTION OF MANDATE**
**FROM THE COURT OF APPEALS**
**BY THE CRIMINAL DISTRICT CLERK**

RECEIVED IN
8th COURT OF APPEALS
EL PASO, TEXAS
11/1/2021 2:21:59 PM
ELIZABETH G. FLORES
Clerk

Ms. Elizabeth G. Flores, Clerk

Court of Appeals

Eighth District of Texas

El Paso County Courthouse

500 E. San Antonio Ave., Suite 1203

El Paso, Texas 79901-2408

* DELIVERED VIA EMAIL *

November 01, 2021

Re:      No. 08-19-00249-CR

(Trial Court No. D-1-DC-19-904012)

Styled:  **ALEXANDER HOLLAND**

v.

The State of Texas

Dear Ms. Flores:

Pursuant to Texas Rule of Appellate Procedure 87(b)(1), I hereby forward my acknowledgment of the receipt and the execution of the mandate on  from the Court of Appeals in the above cause.  The official execution of this mandate is recognized by the Travis County Sheriff whereas the capias after mandate, official notice of mandate, or transfer of inmate to proper authorities, has been executed and or is in the process of being executed hereby placing the defendant within the proper jurisdiction of the trial court.

Respectfully,

**VELVA L. PRICE**
District Clerk
Travis County, Texas

Signed: 11/1/2021 2:07:25 PM

By: _____

Frances Manor, Deputy

**General Litigation/Government**

| Administrative Offices | and Family Division | Criminal Division | Jury/Passport Office |
|---|---|---|---|
| (512) 854-9737 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| Fax:  854-4744 | Fax:  854-6610 | Fax:  854-4566 | Fax:  854-4457 |